**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6371

ALBERT CURTIS MILLS,

           Plaintiff - Appellant,

    v.

WARDEN,

           Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.   Deborah K. Chasanow, District Judge. (8:07-cv-03466-DKC)

Submitted:  August 14, 2008      Decided:  August 19, 2008

Before MICHAEL, Circuit Judge, and WILKINS and HAMILTON, Senior Circuit Judges.

Affirmed by unpublished per curiam opinion.

Albert Curtis Mills, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Albert Curtis Mills seeks to appeal the district court's order placing his 42 U.S.C. § 1983 (2000) complaint on the unassigned docket in accordance with Mills' pre-filing injunction. We have independently reviewed the record and conclude that the district court did not err. Accordingly, we affirm for the reasons stated by the district court. See Mills v. Warden, No. 8:07-cv-03466-DKC (D. Md. Jan. 8, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED